IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| VEIMER RODRIGUEZ | : | NO. 2:08-cr-00061-LDD-3 |

## ORDER

AND NOW, this 8th day of September 2009, upon consideration of Defendant Veimer Rodriguez's Memorandum in Support of Position that Defendant Rodriguez is Incompetent to Stand Trial (Doc. No. 75) and the Government's Memorandum in Support of a Finding of Mental Competency (Doc. No. 76), and following a hearing conducted to determine Defendant Veimer Rodriguez's competency to stand trial, it is hereby ORDERED that Defendant Veimer Rodriguez is found incompetent to stand trial.

BY THE COURT:

/s/Legrome D. Davis
U.S. District Court Judge